# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

LaShawnda Young

                      Plaintiff,

v.                                              Case No.: 1:13−cv−05651
                                                          Honorable Joan B. Gottschall

City Of Chicago, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 18, 2014:

       MINUTE entry before the Honorable Joan B. Gottschall: Enter Memorandum Opinion and Order. Defendants' motion to dismiss [57] is granted in part and denied in part. Ms. Young's individual claim for loss of companionship pursuant to 42 U.S.C. § 1983 is dismissed with prejudice. Her claim for intentional infliction of emotional distress is dismissed without prejudice. Defendants' motion to dismiss Ms. Youngs claim on behalf of the estate for failure to intervene is denied. Ms. Young may amend her complaint by January 8, 2015 to address the deficiencies in her claim for intentional infliction of emotional distress, consistent with counsel's obligations under Federal Rule of Civil Procedure 11. Any amended complaint must delineate the precise federal claims and state law claims she is pursuing, whether individually or in her role as administrator, in separately numbered counts. Status is set for January 16, 2015 at 9:30 a.m. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.