**From:** Rocks, Patrick J. (Chicago) [mailto:Patrick.Rocks@jacksonlewis.com]
**Sent:** Tuesday, October 04, 2016 3:02 PM
**To:** H. Candace Gorman <HCGorman@IGC.org>; Shpigel, Elan (Chicago) <Elan.Shpigel@jacksonlewis.com>; mdg@gillfirm.com
**Cc:** 'OShaughnessy, Helen' <Helen.OShaughnessy@chicagopolice.org>; Amador, Victoria (Chicago) <Victoria.Amador@jacksonlewis.com>
**Subject:** RE: IPRA documents - Young v. Chicago

The correspondence I just sent to you resolves this issue.

Patrick Rocks
Jackson Lewis P.C.
150 N. Michigan Ave Suite 2500
Chicago, IL 60601

312.803.2555 | Direct
312.787.4995 | Fax

Patrick.Rocks@jacksonlewis.com

www.jacksonlewis.com