**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LaShawnda Young<br>Plaintiff(s),<br><br>v.<br><br>Ottis Watts<br>Defendant(s). | Case No. 13cv5651<br>Judge M. David Weisman |

**<u>JUDGMENT IN A CIVIL CASE</u>**

Judgment is hereby entered (check appropriate box):

☑ in favor of plaintiff(s) LaShawnda Young as Indepen
and against defendant(s) Ottis Watts
in the amount of $ $3,148,500.00.

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☑ tried by a jury with Judge M. David Weisman presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☐ decided by Judge on a motion

Date: 11/25/2026

Thomas G. Bruton, Clerk of Court

A. Owens , Deputy Clerk